IN RE ESTATE OF WHITAKER

No. 402P01

Case below: 144 N.C. App. 295

Petition by caveators for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

IN RE McMILLON

No. 312P01

Case below: 143 N.C. App. 402

Petition by respondent (Charles McMillon) for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

JONES v. GMRI, INC.

No. 444PA01

Case below: 144 N.C. App. 558

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 4 October 2001.

LEE CYCLE CTR., INC. v. WILSON CYCLE CTR., INC.

No. 271A01

Case below: 143 N.C. App. 1

"Plaintiffs' motion to file brief pursuant to Rules 2 and 25 of the Rules of Appellate Procedure, filed 20 August 2001, is denied. Plaintiffs' petition for writ of certiorari, also filed 20 August 2001, is allowed. Defendants' motion to dismiss, filed 14 August 2001, is allowed. Plaintiffs shall file their brief on or before 1 October 2001. Defendants shall file their brief on or before 31 October 2001." By order of this Court in Conference, this the 30th day of August, 2001.

LOY v. MARTIN

No. 395P01

Case below: 144 N.C. App. 414

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.